## VERIFICATION OF DALE LEE

      I, Dale Lee, am a plaintiff in this action. I have reviewed the allegations made in the Verified Shareholder Derivative Complaint, know the contents thereof, and authorize its filing. As to those allegations of which I have personal knowledge, I believe those allegations to be true. As to those allegations of which I do not have personal knowledge, I rely upon my counsel and their investigation and believe them to be true.

      I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/3/2025

*Signed by:* Dale Lee
54BE7C61BB1F441...

Dale Lee